836

No. 1297. MASTERS *v.* NEW YORK CENTRAL RAILROAD Co. June 2, 1947. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Charles H. Brady* for petitioner. *Harold A. James* for respondent.

No. 1298. ESTATE OF WILKINSON *v.* COMMISSIONER OF INTERNAL REVENUE. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Ferdinand Tannenbaum* for petitioner. *Acting Solicitor General Washington, Sewall Key, Lee A. Jackson* and *Irving I. Axelrad* for respondent.

No. 1299. STANDARD OIL CO. *v.* UNITED STATES. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Isador Grossman* for petitioner. *Acting Solicitor General Washington, Sewall Key, A. F. Prescott* and *Helen Goodner* for the United States.

No. 1302. REPUBLIC OF THE UNITED STATES OF BRAZIL, TRADING AS LLOYD BRASILEIRO, *v.* GREAT ATLANTIC & PACIFIC TEA CO. ET AL. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Frank J. McConnell* for petitioner. *Henry N. Longley* and *John W. R. Zisgen* for respondents.

No. 1308. CREWS ET AL. *v.* OVEN ET AL. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Christy Russell* for

petitioners. *Harry O. Glasser, Nathan Scarritt* and *E. S. Champlin* for respondents.

Nos. 1303, 1304 and 1305. COMMISSIONER OF INTERNAL REVENUE *v.* SINGER SEWING MACHINE CO. June 2, 1947. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Acting Solicitor General Washington* for petitioner. *Albert L. Hopkins, Charles J. Nourse, Peter L. Wentz* and *Samuel H. Horne* for respondent.

No. 1376. STOKES & SMITH CO. *v.* TRANSPARENT-WRAP MACHINE CORP. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Samuel E. Darby, Jr.* and *Virgil E. Woodcock* for petitioner. *R. Morton Adams* for respondent.

No. 1342. BALOGH *v.* UNITED STATES. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Hayden C. Covington* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1211. CURLEY *v.* UNITED STATES; and
No. 1235. SMITH *v.* UNITED STATES. June 2, 1947. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE MURPHY is of the opinion that the petitions for certiorari should be granted. MR. JUSTICE FRANKFURTER